we will hear the first case Brady v. Berman as a panel and then we will recess for a few minutes and then we will return with Judge Walker, myself, Judge Wesley. So in the case of Brady v. Berman my understanding is Brady wants two minutes for rebuttal which he will get. Mr. Brady you may proceed. Well wait your honor I had also requested that I be given 10 minutes of time and I would like to be given. We will give you that time. Okay then I'd like to do it at seven and three. Okay. Please proceed. The time is up for the United States Attorney for the Southern District of New York. There's no two-tiered justice system and I must be permitted to file a complaint for the criminal conduct that he knew took place. If you would turn to appendix one page 13. Okay I assume you have those in front of you. The seventh paragraph footnote to the schedule of units in amended 1980 offering plan for owners corporate as follows new the 12th form roof unit shall have in addition to the utilization of the roof the right to construct or extend structures on the roof or above the same to the extent that may from time to time be permitted under applicable law. In paragraph 16 you see the effect of the appellate division in the February 11th 2010 decision that used the exact words that plaintiff have a right to construct or extend structures under above the roof to the extent that may from time to time be permitted under applicable law. It was a crime when Justice Cornridge in her final lower court decision took out all 40 words and rewrote it with 70 of her own words to avoid the rights that were given to my unit. It was 70 to 90 million dollars worth their rights were pertinent to my apartment pursuant to the creation of the Hudson Yards district in 2005 and also pursuant to the seventh paragraph footnote. It's a crime that took place okay nobody is above the law nobody's allowed to rewrite somebody's contract to void what it says. It was Mr. Berman's law firm Greenberg Toreg that was the key perpetrator in convincing her to rewrite the contract and then issue $500,000 worth of sanctions against me that I was forced to pay on September 5th 2018. That's the first crime okay and the United States attorney has refused to accept a complaint because the validity of the claim is indisputable. The second crime that she has refused to do and it's proven and as you know from our previous conversations on October 21st of this year you know that the personal guarantees were voided in another matter okay the judges and you also know about the creation of my website bullyjudges.com and you also know I was retaliated against and you watched that a panel of judges sit silent and refuse their mandated function of applying the law to the fact and you know that the personal guarantees were voided as a matter of law by the immediate actions that destroyed the personal guarantees and in your summary order you did not address that. You need to address that there's a re-argument asking you specifically Judge Tasman to address that issue and Judge Nardelli. You know that panel of judges I was forced to pay 1.7 million dollars because judges sat silent and didn't adjudicate something. I have a right to have that investigated also okay applying the law to the fact is a judicial function. I need you to also answer or not answer that question which will bring up another matter okay you cannot say no to something that's proven. Applying the law to the fact is a judicial function and when it doesn't take place in state court you certainly would expect federal judges to do so. Okay so those are the two crimes okay they will not let me file a complaint as I said it was it was his Mr. Berman's law firm that implemented these situations and then the what goes on in the New York courts David Sachs is absolutely insane. They let the politically connected control them and they don't want to give it up. Well the same could be said of others the same could be said about the federal courts and law enforcement officials who have done nothing in these undisputed and undisputable crimes and I'm not asking you for a favor I'm just asking you to give me a right I already have. I already have even under Marbury and Madison he who considers himself injured has a right to resort to the law of his country for a remedy. Well the law was broken so I have a right to a remedy and I cannot be deprived that another case also makes very clear that filing a criminal complaint with law enforcement officials constitutes an exercise of a first amendment right to petition the government for redress of agreements. My wife and I had over 2.3 million dollars wiped out on September 5th 2018 okay and the justice department has refused to accept a complaint for these crimes. I'm asking you today and expect today that you give me my first amendment right okay I already have and require the justice department to permit me to file a complaint. Going back to the going back to the the first one the the the first crime the rewriting okay what you see was rewritten you know it's unlawful to okay see you miss the next page is okay well first of all the law you're not allowed to rewrite a contract an appellate court resolution of his it issued a prior appeal constitutes law of the case and is binding on the supreme court okay so you know it was unlawful for her to rewrite the contract to void what it said okay and then further on appendix 16 okay she does not deny and she even says that strictly speaking Brady correct that the question whether such an easement interferes with his right to build structures on or above the roof or otherwise permitted under applicable law was never determined and is not barred and Brady correctly notes that the you have one minute left just so you know and then you'll have three minutes in rebuttal okay okay Brady correctly notes that the issue of whether the sale of exo violates his rights was never reached and that the issue of whether the sale of the air rights to owners corporate firm or violates his rights could not have been reached in the prior action right so she says this and meanwhile when she says this then she turns around and and gives $500,000 worth of sanctions okay and it's where where so she contradicts herself and says it's clear from the papers in transaction issue that Brady acting bad faith bring the instant action Brady dragged more than 20 parties into court to eliminate matters that has already been determined and claims that lack substance this is a near perfect example of frivolous conduct that warrants a defendant's request for the imposition of sanctions well you know all of this is true and it was criminal okay thank you sir i don't think my time is up i don't think my time is up okay so you know all these these are false claims there are criminal claims the 500,000 that i was forced to pay was a crime okay stealing the 79 million dollars with their crime you will have three minutes for rebuttal we'll now turn to mr connelly good morning and may it please the court christopher connelly for the government for the reasons uh set forth in uh the government's opening brief the district court properly dismissed the complaint and denied leave to amend unless the court has any questions uh the government respectfully requests that the district court's orders be affirmed i i have a just a a question um if there is to be this for lack of standing uh why shouldn't it have been without prejudice isn't there a case law that says that a complaint is dismissed for lack of article 3 standing the dismissal must be without prejudice john versus whole foods market group yes your honor here i think the the reason why dismissal with prejudice was appropriate was because amendment of the of the complaint would be futile it would not be able to resolve the standing issues given the well-established principle that private citizens have no standing to challenge the government's prosecutorial decisions and also given the anti-filing injunction that was affirmed by this court which covers any claims relating to the air rights litigation isn't it the case that how do you respond to this that um a dismissal for lack of jurisdiction without leave to amend is not the same thing as dismissal with prejudice yeah that's correct your honor i i i guess i want to be clear what the court's question is though is that that whether this dismissal should have been without prejudice to allow for you know those those standing issues to potentially be cured yes again i i while that while that is standard practice and the court's point is well taken again here given the nature of the of the the basis for the court's futility finding leave to amend would would not have been there would there would be no way to amend the complaint to cure the standing deficiencies that the district court correctly identified thank you thank you your honor mrs rady you'll have three minutes excuse me can i have one question uh got to walk on prior counsel uh of the government one problem here is that once there is no jurisdiction because there's no standing then you don't the court doesn't have authority to make any other rulings such as so it's it's it's it's it's technical but it's it's true once there's no standing then there's no jurisdiction and and and so the court can't do anything further uh that's why it's without prejudice is my understanding of it your honor i i i understand that and as i as i stand here i have no i have no basis for for in other words i i think you i think you may be right um but the district court was obviously was was faced with that motion for for reconsideration and then motion to amend um and the the crux of the the substance of of the district court's decision uh was was correct that amendment here would be futile well i understand that point okay thank you um uh mr uh mr brady uh you'll have three minutes in rebuttal okay back to appendix page 13 you see my offering plan contract was unlawfully rewritten you see the 70 words where the 40 words were taken out and replaced with 70 different words that voided the six i'm sorry the 70 90 million dollars worth of air rights that were pertinent to my apartment to deny doing so would be willful blindness you see it took place there it's indisputable which is why you had no questions pertaining to the matter it is a lunacy to say i would have no standing when i'm the victim of this crime when i was forced to pay said when i was forced to pay over 500 000 to the people that stole the development that rights that belong to my unit you cannot say i do not have standing that is lunacy okay because you know i do you also know i have standing when when uh when when when i proved to them even on film on the bullyjudge.com website which you saw okay those appellate judges like you had absolutely no questions they sat silent and refused to apply the law to the admitted fact that the personal guarantees were voided by the landlord's unlawful actions after the leases were after due diligence was performed okay that void is the personal guarantees you know that fact also okay so to bring in a no standing and from here of course i'm going to go further if your last order was a summary order it's buried under the rug okay but you need to make a real order here okay you're not to say no standing when i had my rights stolen from me is a lunacy from here it goes to it goes to congress the senate judiciary committee i i am acquiring so much evidence of wrongdoing and you need to do the right thing at this point don't say no standing or something you see this crime took place and i already have the constitutional right to file a complaint you have no you have no authority right now to say you'll get back to me and let me know at a later date if i have a right to file a complaint when you know already i do and i'd like you now today to require him to permit me to file a complaint from the two crimes that are proven and undisputed by you or by by uh united states uh attorney's office for the because to redress the grievance that's the case law i read you said you have a right to do that okay and it would be abusing power to permit uh me to be oppressed in a way and a scheme that this crime is never addressed thank you so you know i'd like you to issue today okay or explain why i know you understand yeah but i'd like you to i'd like you to issue okay a ruling today that i have a right to file a criminal complaint or explain or explain why i don't why why i'm not giving equal protection under law and why the law does not apply to me we understand your argument and um we uh it are all arguments that uh have been made to us we thank everyone for their argument okay excuse me why am i not doing why am i not being good do you see that my contract was unlawfully rewritten did i prove that to you here today okay the way the court operates is that it's by panels panels i know i know how the court operates yeah that's the problem i know how the court operates i'd like you to address this was my contact unlawfully rewriting to voice the 70 to 90 million dollars for their rights mr berman knows it okay the united states attorney for the southern district of new york knows it which is why they won't accept a complaint because they refuse to take action on the crime for the sake of the politically connected and david fact had said okay a well-respected appellate division judge had said what goes on the new york court is absolutely insane they let the politically connected control them and they don't want to give it up okay it's clear that's what here and it's clear i have a right and have standing when i'm the one who had those property rights stolen from me that will contractually a person into my apartment so i'd like to know now that you let me file a complaint since the law says i already have that right mr brady this is judge walker uh i'm the senior most judge on the panel after we hear the arguments we cannot reach a decision until the three of us confer privately and then we can reach a decision only then can we reach a decision you understand that okay judge walker and i trust you'll make the right decision thank you thank you for your arguments the court will reserve decision will now recess you core sense and recess